# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ADAYANA, INC. |
| **Case Number:** | 13-10919-RLM-11     **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 18, 2013 10:00 AM   IP 311 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | TOMI HOLLYWOOD |
| **Reporter / ECR:** | TOMI HOLLYWOOD |

### Matters:

1) Hearing: Debtor's First Day Motion for Authority to Pay Prepetition Wages, Salaries, and Commissions; Court-Ordered Garnishment and Child Support; Prepetition Withholding and Other Taxes; and Directing Banks to Honor Such Payments [11]
   **R / M #:**   0 / 0

2) Hearing: Debtor's First Day Motion for Authority to (A) Maintain Existing Bank Account; (B) Continue Use of Existing Cash Management System; and (C) Continue Use of Business Forms [13]
   **R / M #:**   0 / 0

3) Hearing: Debtor's First Day Motion For Authority To (A) Use Cash Collateral On An Emergency Basis Pending A Final Hearing; (B) Incur Postpetition Debt On An Emergency Basis Pending A Final Hearing; And (C) Grant Adequate Protection And Provide Security And Other Relief To Comvest Cpaital II, LP and Objection filed by BMO Harris Bank [15, 19]
   **R / M #:**   0 / 0

### Appearances:

MICHAEL O'NEIL, ATTORNEY FOR ADAYNA, INC.
JAMES MOLOY, ATTORNEY FOR BMO HARRIS BANK, N.A.
JEREMY DOWNS and JEFF RAMSEY, ATTORNEY FOR COMVEST CAPITAL II, L.P.
KENNETH CHIGGES and EMANUEL GRILLO, ATTORNEY FOR KUBERA CROSS-BORDER FUND, LP
RONALD MOORE, ATTORNEY FOR U.S. TRUSTEE

### Proceedings:

(1) DISPOSITION: Hearing held. Motion granted.
(2) DISPOSITION: Hearing held. Motion granted.
(3) DISPOSITION: Hearing held. Court grants motion on interim basis. Parties to upload order within 10 days. Final hearing set for 11/8/13 at 9:00 AM. Notice given in Court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**