UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ADAYANA, INC., | ) | Case No. 13-10919-RLM-11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF RESULTS OF BIDDING**

After conducting a hearing on November 8, 2013, the Court entered an order on November 18, 2013: "*Order Granting Motion to Establish Bidding Procedures for the Sale of Substantially All of the Assets of Adayana, Inc. and Establishing Auction and Hearing Dates*" (the "Sale Procedures Order;" ECF Docket No. 64). Capitalized terms used herein shall have the same meanings ascribed in the Sale Procedures Order.

PLEASE TAKE NOTICE THAT, while ¶7 of the Sale Procedures Order set the Bid Deadline as Monday, December 2, 2013 at 5:00 p.m. EST, the Debtor previously advised all parties that it would consider any Bid submitted by Tuesday, December 3, 2013 at 5:00 p.m. EST to be timely.

PLEASE TAKE FURTHER NOTICE THAT, only one Qualified Bid (from AVX Learning, LLC) was submitted, so the Auction has been cancelled and the Debtor will seek Court approval of that Qualified Bid at the previously scheduled hearing.

PLEASE TAKE FURTHER NOTICE THAT, (a) no objections to the Sale Motion were filed and served by the deadline of November 29, 2013, and (b) the Court shall conduct a hearing on the Sale Motion on Thursday, December 5, 2013 at 2:00 p.m., EST, in Room 311 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, IN 46204.

Dated: December 4, 2013  ADAYANA, INC. ,
  as Debtor and Debtor-in-possession,

  By:  /s/ Michael P. O'Neil
   Michael P. O'Neil, one of its counsel

Michael P. O'Neil
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone: (317) 713-3500
Facsimile: (317) 713-3699
Email: moneil@taftlaw.com

1984491.3