# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ADAYANA, INC. |
| **Case Number:** | 13-10919-RLM-11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 05, 2013 02:30 PM   IP 311 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | MARCELLA LOCKERT |
| **Reporter / ECR:** | MARCELLA LOCKERT |

### Matter:

Hearing: Sale of Substantially all the Assets of Adayana, Inc.  [64,77,79]

**R / M #:**   0 / 0

### Appearances:

MICHAEL P. O'NEIL, ATTORNEY FOR ADAYANA, INC.
JEREMY M DOWNS and JEFFREY RAMSEY, ATTORNEY FOR COMVEST CAPITAL II, L.P.

### Proceedings:

DISPOSITION: Hearing held. Counsel Michael O'Neil reports. Court approves Sale of Debtors Assets.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**